104 A.3d 1074

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
YUSEF STEELE (A/K/A STEELE YUSEF, STEELE
YUSIF), DEFENDANT–PETITIONER.

December 16, 2014.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the sentencing court for a statement of reasons for altering defendant's sentence, which statement shall be made in the presence of defendant and, if defendant is represented, his counsel.   Jurisdiction is not retained.